GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ISRAEL VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00457 LHK |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | |
| ) | |
| ISRAEL VILLA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant Israel Villa, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney Thomas Colthurst, hereby stipulate that, with the Court's approval, the status hearing currently set for February 8, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to February 22, 2012, at 10:00 a.m.

The reason for the requested continuance is that defense counsel recently took over the case, and requires additional time to effectively prepare—in particular, to review discovery, research legal issues, and consult with Mr. Villa. The parties therefore respectfully request a continuance to February 22, 2012, at 10:00 a.m.

Stipulation and [~~Proposed~~] Order Continuing
Hearing, 11-00457 LHK                                    1

The parties agree that the time between February 8, 2012, and February 22, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 7, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: February 7, 2012

_____/s/_____
THOMAS COLTHURST
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 8, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh, shall be continued to February 22, 2012, at 10:00 a.m.

THE COURT FINDS that failing to exclude the time between February 8 2012, and February 22, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 8, 2012, and February 22, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 8, 2012, and February 22, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

IT IS SO ORDERED.

Dated: 2/7/12

_____
HON. LUCY H. KOH
United States Magistrate Judge