Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Carlos Franco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Israel Villa and Carlos Franco<br><br>Defendants. | **11-CR-00457-LHK**<br><br>**Stipulation and [~~PROPOSED~~] Order Continuing Status Date** |

    Defendant Carlos Franco, by and through his attorney Graham Archer, joins in the stipulation and request of Israel Villa and the United States that the status hearing currently set for February 8, 2012 at 10:00am be continued to February 22, 2012 at 10:00am.

    The reason for the proposed continuance is to continue ongoing investigation and coordination with Mr. Villa's new counsel.

    Mr. Franco agrees that the time between February 8, 2012 and February 22, 2012 may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: __2/7/12__

                                                                    /s/
                                             Graham Archer
                                             Attorney for Carlos Franco

[~~PROPOSED~~] Order

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the hearing currently set for February 8, 2012 at 10:00am in action 11-CR-00457 as to Carlos Franco, before the Hon. Lucy H. Koh, shall be continued to February 22, 2012 at 10:00a.m.

The Court finds that failing to exclude the time between February 8, 2012 and February 22, 2012 would unreasonably deny counsel for Mr. Franco reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

The Court finds that the ends of justice served by excluding the time between February 8, 2012 and February 22, 2012 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

There fore, IT IS HEREBY ORDERED that the time between February 8, 2012 and February 22, 2012 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 2/7/12

*Lucy H. Koh*
Hon. Lucy H. Koh
U.S. District Judge

**DEFENDANT CARLOS FRANCO'S [~~PROPOSED~~] ORDER CONTINUING STATUS**